FILE COPY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRAHAM KANDIAH, LLC, a New York limited liability company, | : **CIV. ACTION NO.:** |
| | : |
| | : **COMPLAINT FOR COPYRIGHT** |
| Plaintiff, | : **INFRINGEMENT, UNFAIR** |
| | : **COMPETITION, FALSE** |
| | : **DESIGNATION OF ORIGIN AND** |
| v. | : **UNLAWFUL DECEPTIVE ACTS** |
| | : **AND PRACTICES** |
| OLD NAVY, LLC, a Delaware limited liability company, | : |
| | : |
| Defendant. | : |
| | : |

07 CV 11448

JUDGE LYNCH

Plaintiff Graham Kandiah, LLC ("Graham Kandiah") hereby files this Complaint on personal knowledge as to its own activities and on information and belief as to the activities of others:

## THE PARTIES

1.      Plaintiff Graham Kandiah is a limited liability company, organized and existing under the laws of New York, with offices at 43 Drexel Drive, Bay Shore, New York 11706.

2.      Defendant Old Navy, LLC, ("Old Navy") is a Delaware corporation, organized and existing under the laws of Delaware, with its principal place of business and executive offices in San Francisco, California.  Old Navy is doing business throughout the State of New York through its retail stores and website located at <www.oldnavy.com>, with multiple retail store locations in this District.

## JURISDICTION AND VENUE

3.      This is an action for: (a) copyright infringement in violation of the Copyright Law, 17 U.S.C. §§501, *et. seq.*; (b) unfair competition and false designation of origin in violation of 15 U.S.C. §1125(a); (c) unlawful and deceptive acts and practices in violation of N.Y. Gen. Bus. Law §349; and (d) unfair competition under New York state law, all of which activities have occurred in this District and elsewhere in interstate commerce.

4.    Subject matter jurisdiction for the claim of copyright infringement and unfair competition and false designation of origin is proper in this Court pursuant to 28 U.S.C. §§1331, 1332, 1338(a), 17 U.S.C. §501 and 15 U.S.C. §1125(a).   Supplemental jurisdiction for the claims of unlawful deceptive acts and practices and unfair competition is proper in this Court pursuant to 28 U.S.C. §1367 because these claims form part of the same case or controversy as the claims under the Copyright Act and Lanham Act.

5.    This Court has personal jurisdiction over Old Navy in that Old Navy does business throughout the State of New York including this District.

6.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a) in that Old Navy is transacting business within this District.  Further, venue is appropriate since a substantial portion of the acts complained of herein were committed by Old Navy within this District.

## FACTUAL BACKGROUND

### A.    Graham Kandiah's Business and Intellectual Property

7.    Graham Kandiah debuted in the Spring of 1999 with a small collection of resort items created for the perfect getaway - sarongs, tunics, pants and cover ups - all in gently vibrant, colorful patterns inspired by the classic designs of Northern India and filled with the spirit of seaside pastimes.

8.    Immediately well received, the collection's signature prints in sophisticated color palettes have since become the hallmark of Graham Kandiah. Today the collection is sold in fine specialty shops from coast to coast and resort locales from Barbados to Mykonos.

9.    The Graham Kandiah collection has appeared in major fashion and lifestyle magazines and newspapers including Allure, Elle, Harper's Bazaar, InStyle, Lucky, Oprah, Self, Shape, the Sports Illustrated Swimsuit issue, Town & Country and Vogue, The New York Times and Women's Wear Daily, and on the Today Show and Good Morning America.

2

10.     Graham Kandiah also advertises its products via its website at
<www.grahamkandiah.com>.

11.     Among Graham Kandiah's various designs is its pineapple print. The pineapple
print design has uniquely designed pineapples wherein the top leaves in the pineapples have a
smoothly curving outer frond on the left and an "S" curved outer frond on the right, unlike a real
pineapple which has a saw-tooth edge on its top leaves.

12.     The five top fronds are drawn with long strokes, the three lighter-colored in front
of the two darker ones. The central portion of the pineapple is a diamond grid filled in with a
teardrop of color, a shading of a different color and a central highlight.

13.     The lower fronds of the pineapple are patterned in short leaf strokes, which does
not reflect the appearance of an actual stem leaf of a pineapple, and the left-side leaf is at a 45
degree angle to the fruit.

14.     Notably, in the mid-section of the pineapple, an error in the original screen
caused one "diamond" on the right side of the pineapple to be indistinct and irregular.

15.     The Graham Kandiah pineapple print was created in a distinct repeat pattern of
straight vertical rows of evenly spaced pineapples alternated with straight vertical rows of evenly
spaced upside-down pineapples, and incorporates bright and vibrant color schemes.

16.     The design elements in Paragraphs 11-15 are hereinafter referred to as the
"Pineapple Print Design."

17.     Graham Kandiah uses the Pineapple Print Design on multiple products,
including but not limited to sarongs, bags, totes, swimwear and women's tops (the "Graham
Kandiah Products"). True and correct copies of advertising materials evidencing the Pineapple
Print Design are attached hereto as Exhibit A.

18.     Graham Kandiah is the owner of U.S. Copyright Registration VA 1-268-422 for
its Pineapple Print Design. A true and correct copy of this copyright registration is attached
hereto as Exhibit B.

3

19.    The Graham Kandiah Products have become favorably known throughout the world for their distinctive style, high-quality materials, and superior designs. Genuine Graham Kandiah Products are easily identified by their distinctive fabric designs, including the Pineapple Print Design.

20.    As a result of the high-quality and superb design of Graham Kandiah Products, these products have achieved an outstanding reputation among consumers and are recognized in the industry and by the public as the exclusive source of Graham Kandiah Products and have come to symbolize the goodwill built up in Graham Kandiah Products.

**B.    Old Navy's Infringing Conduct**

21.    Old Navy has had access to Graham Kandiah's Pineapple Print Design at, including but not limited to, trade shows attended by both Graham Kandiah and Old Navy.

22.    Without authorization or license from Graham Kandiah, Old Navy has reproduced and are marketing, advertising, distributing, offering for sale and selling bags, totes, dresses, pants and underwear that are nearly identical to the Pineapple Print Design with respect to all of the Pineapple Print Design's key elements, including design of the pineapples, color and spacing between pineapples in the repeating pattern.

23.    The only difference between the Pineapple Print Design and the Old Navy copy is that the work has been cheaply copied and the design is "flopped" so that what appeared on the left is now on the right. Old Navy's infringing design even includes the irregular "diamond" on the pineapple that resulted from a printing error in Graham Kandiah's original Pineapple Print Design.

24.    The Old Navy products bearing the infringement of Graham Kandiah's Pineapple Print Design are hereinafter referred to as the "Infringing Products".

25.    The Infringing Products copy the Pineapple Print Design identically or nearly identically, including both as to design and color schemes. True and correct copies of printouts

4

from Old Navy's web site demonstrating Old Navy's offer for sale of the Infringing Products are attached hereto as Exhibit C.

26.     Old Navy is profiting from the unauthorized reproduction, distribution, offer to sell and sale of products infringing Graham Kandiah's rights in the Pineapple Print Design.

27.     Old Navy's infringement is willful, done with knowledge of and/or reckless disregard for Graham Kandiah's rights in the Pineapple Print Design.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement Under 17 U.S.C. §§501, et. seq.)

28.     Graham Kandiah repeats and realleges the preceding paragraphs of this Complaint as if fully set forth herein.

29.     Graham Kandiah is the owner of all right, title and interest in and to U.S. Copyright Registration VA 1-268-422 for the Pineapple Print Design.

30.     Graham Kandiah has never authorized, licensed or otherwise permitted Old Navy to reproduce, manufacture, advertise, distribute or sell copies of the Pineapple Print Design.

31.     Old Navy has copied the Pineapple Print Design in connection with its Infringing Products, which bear print designs identical or nearly identical to the Pineapple Print Design.

32.     As a direct and proximate result of Old Navy's unauthorized copying of the Pineapple Print Design, Graham Kandiah has suffered damages in an amount to be proved at trial.  In the alternative, Graham Kandiah is entitled to statutory damages under the Copyright Act based on Old Navy's willful copying of the Pineapple Print Design.

33.     Old Navy has realized unjust profits, gains and advantages as a proximate result of its infringement.

34.      Graham Kandiah does not have an adequate remedy at law, and will continue to be damaged by Old Navy's acts of copyright infringement unless this Court enjoins Old Navy from such infringing practices.

## SECOND CLAIM OF RELIEF

## UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

## (15 U.S.C. § 1125(a))

35.      Graham Kandiah repeats and realleges the preceding paragraphs as if fully set forth herein.

36.      The Infringing Products are nearly identical or substantial similar to genuine Graham Kandiah Products bearing the Pineapple Print Design and, as such, Old Navy's sale of the Infringing Products is likely to cause confusion to the general purchasing public.

37.      By manufacturing and/ or arranging for manufacture of, advertising, distributing, offering for sale and selling identical or substantial similar replicas of the Graham Kandiah Products bearing the Pineapple Print Design, Old Navy misrepresents and falsely describes to the general public the origin and source of the Infringing Products and create a likelihood of confusion by ultimate purchasers and to others seeing the Infringing Products as to both the source and sponsorship of such merchandise.

38.      Old Navy's unlawful, unauthorized and unlicensed manufacturing, advertising, distributing, offering for sale and/or selling of the Infringing Products creates express and implied misrepresentations that the Infringing Products were created, authorized or approved by Graham Kandiah, all to Old Navy's profit and Graham Kandiah's damage and injury.

39.      Old Navy has realized unjust profits, gains and advantages as a proximate result of its unfair competition.

40.      Graham Kandiah has no adequate remedy at law. If Old Navy's activities are not enjoined, Graham Kandiah will continue to suffer irreparable harm and injury to its goodwill and reputation.

## THIRD CLAIM OF RELIEF

## UNLAWFUL DECEPTIVE ACTS AND PRACTICES

### (New York General Business Law § 349)

41.    Graham Kandiah repeats and realleges the preceding paragraphs of this Complaint as if fully set forth herein.

42.    Old Navy, without Graham Kandiah's authorization or consent, and having knowledge of Graham Kandiah's rights in the Pineapple Print Design has manufactured and/ or arranged for manufacture of, advertised, distributed, offered for sale and sold Infringing Products to the consuming public in direct competition with the Graham Kandiah Products.

43.    Old Navy's use of copies or simulations of the Pineapple Print Design is likely to cause and is causing confusion, mistake and deception among the general purchasing public as to the origin of the Infringing Products, and is likely to deceive the public into believing the Infringing Products being sold by Old Navy originate from, are associated with, or are otherwise authorized by Graham Kandiah.

44.    Old Navy's deceptive acts and practices involve public sales activities of a recurring nature.

45.    Old Navy has realized unjust profits, gains and advantages as a proximate result of its unlawful deceptive acts and practices.

46.    Graham Kandiah has no adequate remedy at law and, if Old Navy's activities are not enjoined, Graham Kandiah will continue to suffer irreparable harm and injury to its goodwill and reputation.

## FOURTH CLAIM OF RELIEF

## UNFAIR COMPETITION UNDER NEW YORK STATE LAW

47.    Graham Kandiah repeats and realleges the preceding paragraphs of this Complaint as if fully set forth herein.

48.    Graham Kandiah has built up valuable goodwill in the Pineapple Print Design.

7

49.    Old Navy's use of the Pineapple Print Design is likely to and does permit Old Navy to palm off the Infringing Products as those of Graham Kandiah, all to the detriment of Graham Kandiah and the unjust enrichment of Old Navy.

50.    Old Navy, with full knowledge of the Pineapple Print Design, intended to and did trade on the goodwill associated with the Pineapple Print Design and has misled and will continue to mislead the public into assuming a connection between Graham Kandiah and Old Navy by manufacturing, arranging for manufacture, advertising, selling and/or distributing the Infringing Products.

51.    Old Navy's unauthorized use of the Pineapple Print Design has caused and is likely to continue to cause Graham Kandiah damage by tarnishing the valuable reputations and images associated with Graham Kandiah and its genuine goods.  Old Navy has further palmed off its goods as Graham Kandiah Products by misrepresentations to the consuming public, members of whom are likely to and do believe the Infringing Products emanate from or are otherwise associated with Graham Kandiah.

52.    Old Navy's acts mislead and deceive the public as to the source of Old Navy's goods, and permit and accomplish the palming off of Old Navy's goods as those of Graham Kandiah and falsely suggest a connection with Graham Kandiah.  Old Navy's acts therefore constitute acts of unfair competition with Graham Kandiah in violation of the laws of the State of New York.

53.    Old Navy has realized unjust profits, gains and advantages as a proximate result of its unfair competition.

54.    Old Navy's acts have and will continue to cause Graham Kandiah irreparable harm unless enjoined by this Court.  Graham Kandiah has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Graham Kandiah prays for the following relief against Old Navy:

8

1.     That Old Navy, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it be permanently enjoined from directly or indirectly infringing the Pineapple Print Design in any manner, including, but not limited to, reproducing, adapting, and/or displaying the Pineapple Print design or by distributing, importing, exporting, advertising, selling, and/or offering for sale, or causing others to do so, any product, including without limitation clothing, bearing designs substantially similar to the Pineapple Print Design;

2.     That Old Navy be required to effectuate the recall, removal, and return from commercial distribution and/or public display of:

(a)     Any products bearing a design substantially similar to the Pineapple Print Design distributed, imported, exported, advertised, sold, and/or offered for sale by Old Navy, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(b)     Any promotional and/or advertising materials, packaging, or other items bearing designs substantially similar to the Pineapple Print Design used or displayed by Old Navy, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it; and

(c)     Any pattern, or other item used by Old Navy, its officers, agents, servants, employees, representatives, confederates, successors and assigns, and all persons and entities acting for, with, by, through, or under it, to manufacture any product, promotional and/or advertising materials, packaging, or other item bearing designs substantially similar to the Pineapple Print Design;

3.     That Old Navy be required to deliver up for destruction all of the items called for by Paragraph 2 of this Prayer for Relief, above, as well as any remaining products, advertising,

packaging, patterns, or other items bearing designs substantially similar to the Pineapple Print Design, that are in Old Navy's custody or control;

4.     That Old Navy, within thirty (30) days after service of judgment with notice of entry thereof upon it, be required to file with the Court and serve upon Graham Kandiah a written report under oath setting forth the details of how Old Navy has complied with Paragraphs 1 through 3 of this Prayer for Relief, above;

5.     For an award of actual damages sustained by Graham Kandiah;

6.     For an award of Old Navy's profits attributable to its copyright infringement and acts of unfair competition, including a trebling of such profits;

7.     If elected by Plaintiff, for the maximum statutory damages as permitted under the Copyright Act;

8.     For such other amounts as may be proper under 17 U.S.C. § 504;

9.     For an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505 and/or 15 U.S.C. § 1117;

10.    For prejudgment interest as permitted by law;

11.    For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all triable issues raised by this Complaint.

Respectfully submitted,

DATED:  December 20, 2007          GREENBERG TRAURIG, LLP

By _____
    Marc Jacobson (MJ 5193)
    David Saenz (DS 1976)
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 801-9200
    Fax: (212) 801-6400

    *Attorneys for Plaintiff*
    *Graham Kandiah, LLC*

# EXHIBIT A



GRAHAM KANDIAH



**GRAHAM KANDIAH**

*2003 Collection*

214 West 39th Street   Suite 1006   New York, NY 10018

For Orders, Appointments & Press Inquiries

Phone: 212-840-7305   Fax: 212-840-7307

Web: www.grahamkandiah.com

email: sales@grahamkandiah.com

*T's matching every design & color*

*Caftans, coverups, silk shawls and more*

*66 pants*

*bikinis*

*5 tote styles*

*59 shifts*

*70 short sarongs*

*Handbags*

*Over 70 sarongs*

*50 tops*

# Paisley

TO ORDER CALL GRAHAM KANDIAH 212-840-7305





**kurta $35**
S - M - L
1480-1101
  Lime/Black
1480-2311
  Pink/Lime
1480-2301
  Pink/Black
1480-1123
  Lime/Pink

**shoulder bag $40**
12 x 13 x 5
1409-1101
  Lime/Black
1409-2311
  Pink/Lime
1409-2301
  Pink/Black
1409-1123
  Lime/Pink

**small tote $23**
6 x 9 x 3
1413-2311
  Pink/Lime
1413-2301
  Pink/Black
1413-1123
  Lime/Pink

**large tote $35**
17 x 17 x 8
1411-2311
  Pink/Lime
1411-2301
  Pink/Black
1411-1123
  Lime/Pink

**roundhandle  $40   14 x 18 x 3**
1407-2311 Pink/Lime
1407-2301 Pink/Black
1407-1123 Lime/Pink

**T-shirt  $25**
S - M - L
1410-1101
  Lime/Black *
1410-2311
  Pink/Lime
1410-2301
  Pink/Black *
1410-1123
  Lime/Pink
* Have black body.

**sleeves of T are of matching fabric**





**bikini in a bag $35  S - M - L**
1420-1101
  Lime/Black
1420-2311
  Pink/Lime
1420-2301
  Pink/Black
1420-1123
  Lime/Pink



**shift  $35**
S - M - L
1430-1101
  Lime/Black
1430-2311
  Pink/Lime
1430-2301
  Pink/Black
1430-1123
  Lime/Pink



**pants  $40**
S/M or M/L
1490-1101
  Lime/Black
1490-2311
  Pink/Lime
1490-2301
  Pink/Black
1490-1123
  Lime/Pink

**sarong in bag**
**$25**
44 x 69
1450-1101
  Lime/Black
1450-2311
  Pink/Lime
1450-2301
  Pink/Black
1450-1123
  Lime/Pink

**short sarong**
**in bag  $23**
21 x 44
1450-S-1101
  Lime/Black
1450-S-2311
  Pink/Lime
1450-S-2301
  Pink/Black
1450-S-1123
  Lime/Pink



# Pineapple


















**large tote**
**$35**
17 x 17 x 8
4511-23 Pink
4511-11 Lime
4511-02 White

**small tote**
**$23**
6 x 9 x 3
4513-23 Pink
4513-11 Lime
4513-02 White

**shoulder bag**
**$40**
12 x 13 x 5
4509-23 Pink
4509-11 Lime
4509-02 White

**T-shirt $25**
S - M - L
4510-23 Pink
4510-11 Lime
4510-02 White
**sleeves of T are of matching fabric**

TO ORDER CALL GRAHAM KANDIAH 212-840-7305

**Olivia $90**
9 x 11 x 5
4504-23 Pink
4504-11 Lime
4504-02 White

**Spencer $95**
14 x 12 x 5
4503-23 Pink
4503-11 Lime
4503-02 White

**Jenn $100**
12 x 15 x 6
4502-23 Pink
4502-11 Lime
4502-02 White

**round handle ▲**
**$40**
14 x 18 x 3
4507-23 Pink
4507-11 Lime
4507-02 White

**bikini in a bag $35**
S - M - L
4520-23 Pink
4520-11 Lime
4520-02 White

**shift $35**
S - M - L
4530-23 Pink
4530-11 Lime
4530-02 White

**sarong in bag**
**$25**
44 x 69
4550-23 Pink
4550-11 Lime
4550-02 White

**short sarong**
**in bag $23**
21 x 44
4550-S-23 Pink
4550-S-11 Lime
4550-S-02 White

**kurta $35    S - M - L ▲**
4580-23 Pink   4580-11 Lime
4580-02 White

**pants $40**
S/M or M/L
4590-23 Pink
4590-11 Lime
4590-02 White

# EXHIBIT B

Additional certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG  VA 1-229-067

EFFECTIVE DATE OF REGISTRATION

2 / 19 / 04
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

Graham Kandiah Pineapple

NATURE OF THIS WORK ▼ See Instructions

Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

a  Dianne Graham

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1953        N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  United States
{ Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map              ☐ Technical drawing
☒ 2 Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

b  N/A

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
{ Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed
2002
Year  in all cases

This information must be given

b  Date and Nation of First Publication of This Particular Work
Month August  Day 4  Year 2002
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Graham Kandiah LLC

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Copyright transferred by assignment

See instructions before completing this space

APPLICATION RECEIVED
FEB 19 2004
ONE DEPOSIT RECEIVED
FEB 19 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box )  ▼
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work  as shown by space 6 on this application
If your answer is  Yes   give  Previous Registration Number ▼             Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this  work is based on or incorporates  ▼

**6**

**a**
See instructions
before completing
this space

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed  ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                      Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Janet P  Peyton
McGuireWoods, LLP
901 East Cary Street
Richmond, VA  23219
Area code and daytime telephone number   (804  775-1166                    Fax number     (804) 698-2230
Email   jpeyton@mcguirewoods com

**b**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Graham Kandiah LLC
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Dianne Graham                                          Date   1/30/04

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Janet Peyton, McGuireWoods LLP
Number/Street/Apt ▼
901 East Cary Street, One James Center
City/State/ZIP ▼
Richmond, VA  23219

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with this application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper                          U S  Government Printing Office  2003-496-605/80 029

# EXHIBIT C





# OLD NAVY

MEN   **WOMEN**   **WOMEN'S PLUS**   **MATERNITY**   **BOYS**   **GIRLS**   **baby BOYS**   **baby GIRLS**

My Account Sign In     Order Status

Search | Women

| enter keyword   **GO**

Earn up to **$5 shipping**

0 items $0.00
**View bag**

**CHECK OUT**

## WOMEN
SIZES 1–20

**Shop Our Favorites**
New Arrivals
Stripes
Wear to Work
2-For Deals
Shop by Outfit
Online-Only Styles

**Shop by Category**
Jeans
Pants
Dresses
Shorts
Capris
Tees & Polos
Camis & Tanks
Hoodies
Shirts
Sweaters
Activewear
Skirts
▶ **Loungewear**
   Lounge Tops
   ▶ Lounge Bottoms
   Lounge Sets
Underwear
Swimwear
Outerwear

**Shop Accessories**
Shoes
Bags



🔍 **MORE VIEWS**

## Women's Smocked Lounge Capris

**OVERVIEW**

A chic smocked waist with multicolored threads makes these a
stylish alternative to PJs. A jazzy floral and polka dot print along
the wide legs create retro flair. Soft, lightweight cotton is
wonderfully comfortable.
• Hits mid-calf
• 100% cotton. Machine wash. Imported

#484622

Select: Brownie
$14.50

Select Size:
XS | S | M | L | XL | XXL

▶ Size Charts

Quantity:
| 1 ▾ |

Brownie
$14.50

**ADD TO BAG**



**THE LATEST BUZZ ▶**

**OLD NAVY CREDIT CARD ▶**

**STORE LOCATOR ▶**

Customer Service | GiftCards | Site Index   About Gap, Inc. | Corporate Sales   Terms & Conditions | Privacy

Gap Inc. Brands: gap.com  bananarepublic.com  piperlime.com

© 2000-2007 oldnavy.com

# OLD NAVY

MEN   WOMEN   WOMEN'S PLUS   MATERNITY   BOYS   GIRLS   baby BOYS   baby GIRLS

My Account Sign In   Order Status

Search   Girls   [enter keyword]   GO

famous $5 shipping

0 items $0.00
View bag

CHECK OUT

1 2 >>   See All

## GIRLS
SIZES 5—16

**Shop Our Favorites**
New Arrivals
Famous $5 Flag Tees
All-American Girl
Loungin' Around
2-For Deals
Shop by Outfit
Plus Size Styles

**Shop by Category**
Tees, Tanks & Tops
Graphics - Up to 50% off
Dresses & Skirts
Shorts
Capris
Swimwear

## Accessories

Bags, Belts & More

Girls Tropical-Print
Hobos
$9.50

Girls Tropical-Print
Hobos
$9.50

Girls Tropical-Print
Hobos
$9.50

Girls Embellished
Ripstop Totes
$7.50



**Lounge Bottoms**

Women's Smocked
Lounge Capris
$14.50

Women's Patriotic Plaid
Lounge Pants
$14.50

Women's Printed
Lounge Pants
$14.50

Women's Printed
Lounge Pants
$14.50

1 2 3 4 >>    See All




THE LATEST BUZZ ▶     OLD NAVY CREDIT CARD ▶     STORE LOCATOR ▶

Customer Service  |  GiftCards  |  Site Index  |  About Gap Inc.  |  Corporate Sales  |  Terms & Conditions  |  Privacy

Gap Inc. Brands:  gap.com  bananarepublic.com  piperlime.com

© 2000-2007 oldnavy.com