*Lynch, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GRAHAM KANDIAH, LLC, a New York
limited liability company,

        Plaintiff,

v.

OLD NAVY, LLC, a Delaware limited liability
company,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

07 Civ. 11448 (GEL)

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

ECF Case

    IT IS HEREBY STIPULATED by and between plaintiff Graham Kandiah, LLC and defendant Old Navy, LLC, by their undersigned counsel, as follows:

    1.    Any and all claims asserted herein by plaintiff Graham Kandiah, LLC against defendant Old Navy, LLC shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    2.    This dismissal shall be without costs or fees.

    3.    This stipulation may be filed without further notice with the Clerk of the Court.

22725710v1

SO ORDERED, this \_\_8th\_\_ day of \_\_May\_\_, 2008.

_____
Gerard E. Lynch
United States District Judge

STIPULATED TO BY:

GRAHAM KANDIAH, LLC

By its attorneys,

_____
David Saenz (SaenzD@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (phone)
(212) 801-6400 (fax)

OLD NAVY, LLC

By its attorneys,

_____
Lorin L. Reisner (llreisner@debevoise.com)
S. Zev Parnass (szparnass@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)